November 30, 1967

No. 67–18. Stephen A. Mikitish, Formerly A/1C, U. S. Air Force.

ORDERED that said motion be, and the same is, hereby denied for lack of jurisdiction. See 10 USC §§ 867 and 869.

September 21, 1967

No. 19,818. United States v James E. Swift, S/SGT, U. S. Air Force (ACM 19048). (J. FERGUSON would

grant in accordance with his dissenting opinion in United States v Swift, 17 USCMA 227, 38 CMR 25.)